

P49374/M.Hoyer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   Miranda Hoyer, United States Probation Officer Assistant

RE:     Tyrrell Royster

DATE:   July 24, 2007

**07CRIM. 702**

ASSIGNMENT OF TRANSFER OF JURISDICTION

On May 17, 2005, the above-named individual was sentenced in the Middle District of Pennsylvania outlined in the attached J & C.

In July 2007, we received the Prob. 22's endorsed by the Honorable William J. Nealon, U.S. District Court Judge, ordering Mr. Royster's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5078.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Miranda Hoyer
U.S. Probation Officer Assistant