



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 3 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

### Notification of Arrest of Offender Under Supervision

**MEMO ENDORSED**

Offender: **Tyrell Royster**     Docket Number: **07 CR 702-01(PAC)**

Judge: **Honorable Paul A. Crotty, U.S. District Judge**

Date of Original Sentence: **May 17, 2005**

Original Offense: **Distribution and Possession with Intent to Distribute Crack (21 USC 841(a)1)), A Class C Felony.**

Original Sentence: **Thirty-seven (37) months' to be followed by a three-year term of supervised release and a $100 special assessment.**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **April 19, 2007**

---

The U.S. Probation Office has learned that the offender was arrested and charged with the following:

| Date of Arrest | Arresting Agency | Charges/Court | Next Court Appearance Date |
|---|---|---|---|
| 05/23/08 | NYPD | Assault with Intent to Cause Physical Injury; Class A Misdemeanor; Manhattan Criminal Court, NY, NY | 07/30/08 |

Tyrrell Royster is currently at liberty in the community. His next court appearance is scheduled for July 30, 2008, in Manhattan Criminal Court.

### U.S. PROBATION OFFICER ACTION AND RESPONSE

On May 28, 2008, Royster was released on $500 bail for the above listed offense. He promptly reported to his probation officer and advised of the arrest. Royster related that on May 23, 2008, he returned home to find his wife intoxicated. She began to accuse him of cheating on her and tried to strike him with an empty liquor bottle. He asserts that he was simply defending himself from her attack, after which, she contacted the police and filed an assault complaint. The offender was arrested shortly thereafter. As a result

of his arrest, we have increased Royster's reporting and have directed him to have no contact with his wife until there is a disposition for his pending criminal matter. Additionally, he was directed to move out of their residence and to move in with his mother at 526 Van Ness Avenue, Apartment 2R, Bronx, NY. A High Intensity Field Operation (HIFO) was conducted by several officers to the offender's new residence to reinforce that the offender needs to improve his decision making skills. Additionally, we continue to monitor his case in Manhattan Criminal Court.

The undersigned is respectfully recommending that no action be taken by the Court at this time, as the disposition of this criminal case is pending. We will continue to monitor Royster's proceedings in Manhattan Criminal Court. If the matter should result in a conviction, a violation petition or Request for Court Action will be promptly forwarded to the Court.

We will notify Your Honor promptly if additional supervision issues arise.

Should Your Honor wish to take immediate action, we stand ready to execute the orders of the Court.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

by _____
Thomas A. Frankelis
U.S. Probation Officer
(212) 805-5162

Approved By:

_____    6/27/08
Avriel G. George              Date
Supervising U.S. Probation Officer



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*Judicial Response*

[X]  Court approves U.S. Probation Officer's recommendation

or

THE COURT ORDERS:

[ ]  The Issuance of a Summons
    The Offender is directed to appear as follows:

    Date: _____
    Time: _____
    Place: _____

[ ]  Initiate Violation Proceedings

[ ]  Submit a Request for Modifying the Condition or Term of Supervision

[ ]  Other:

_____
Signature of Judicial Officer

June 30, 2008
_____
Date